IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD DOUGLAS BULLARD, | ) | |
| #225 596 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09-CV-183-TMH |
| | ) | [WO] |
| | ) | |
| J.C. GILES, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 17, 2010 (Doc. 22), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 22) be ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner on January 1, 2009, be DENIED; and,

3. This cause of action be and the same is hereby DISMISSED with prejudice as time-barred.

Done this 7th day of April, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE