IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD DOUGLAS BULLARD, | ) | |
| #225 596 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09-CV-183-TMH |
| | ) | [WO] |
| | ) | |
| J.C. GILES, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

entered in favor of Respondents and against Petitioner and that Petitioner take nothing by

his said suit. The Clerk of the Court is DIRECTED to enter this document on the civil

docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 7th day of April, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE